# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Mark Filip | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 3464 | **DATE** | 11/15/2006 |
| **CASE TITLE** | SHAPOURY vs. CHERTOFF | | |

**DOCKET ENTRY TEXT**

Status hearing held.  Plaintiff's oral motion to voluntarily dismiss the above-entitled case is granted and So Ordered.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TBK |
|---|---|---|

Dockets.Justia.com